# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| WILLIE MAURICE HARRIS, | : | No. 32 WM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMON PLEAS COURT, THE CLERK | : | |
| FOR THE COMMON PLEAS COURT | : | |
| (DEPARTMENT OF RECORDS), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of June, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.